# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SUA<br>　　　　　　Petitioner,<br>　vs.<br>JAMES TILTON, Secretary<br>　　　　　　Respondent. | CASE NO. 07cv1338 JM(BLM)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having carefully considered Magistrate Judge Major's thorough and thoughtful Report and Recommendation Denying Petition for Writ of Habeas Corpus ("R & R"), the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the Petition for Writ of Habeas Corpus is denied. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: June 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties