# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SUA,<br><br>                          Petitioner,<br>  vs.<br><br>JAMES TILTON, Secretary<br><br>                          Respondent. | CASE NO. 07cv1338 JM(BLM)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENYING PETITIONER'S REQUEST FOR STAY AND ABEYANCE |

Having carefully considered Magistrate Judge Major's Report and Recommendation Denying Petitioner's Request for Stay and Abeyance ("R & R"), the record before the court, Petitioner's Objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In his Objections, Petitioner sets forth essentially the same arguments raised in the Request for Stay and Abeyance and addressed in the R & R. Instead of responding to these arguments a second time, the court adopts the R & R in its entirety. In sum, the R & R is adopted in its entirety and the court denies the Request for Stay and Abeyance.

**IT IS SO ORDERED.**

DATED: November 4, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:      All parties

- 1 -

07cv1338