# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Michael Sua

                  V.                              **JUDGMENT IN A CIVIL CASE**

James Tilton, Matthew Cate

                                                CASE NUMBER:    07cv1338-JM(BLM)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation in its entirety, denies the second Motion for Reconsideration, and denies the First Amended Petition. The Court also denies a Certificate of Appealability...............................................................................................................................................
.................................................................................................................................................................

| November 15, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 15, 2010

07cv1338-JM(BLM)